RECEIVED
DEC 8 2021
CLERK U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS

FILED
DEC 10 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DICTRICT COURT
WESTEN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LABORFEST, LLC &
LARRY WILLIAMS

    Plaintiffs

CASE No. SA-19-CV-00060 JKP

v

CITY OF SAN ANTONIO, JOHN DOES
UNKOWN CITY EMPLOYEES

    Defendants

## PLAINTIFF' ADVISORY REPORT

Plaintiff informs the court it wishes to proceed to trial on all claims stated in the petition, including the Texas Theft Liability Act 1981 and 1983. Plaintiff anticipates 5- 7 witnesses.

Respectfully submitted

Bernard Buecker, SBN 03314500
463 E Olmos Drive
San Antonio, Texas 78212

*/s/ Bernard Buecker*