IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **LABORFEST LLC, LARRY WILLIAMS,** § § §<br>  Plaintiffs § §<br> § **CASE NO. 5:19-CV-00060-JKP**<br>**v.** § §<br> § §<br>**CITY OF SAN ANTONIO, UNKNOWN CITY EMPLOYEES,** § § §<br>  **DEFENDANTS** § | |

### PLAINTIFFS' NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF THE COURT:

COMES NOW, Plaintiffs, **LABORFEST LLC** and **LARRY WILLIAMS**, by and through undersigned counsel, hereby files this Notice of Appeal to the U.S. Court of Appeals for the Fifth Circuit. Plaintiffs are appealing this Court's Final Judgment entered on January 11, 2022 (ECF No. 124), including this Court's Memorandum Opinion and Order granting Defendants' Motion for Judgment on the Pleadings and for Summary Judgment (ECF No. 123), and this Court's Memorandum Opinion and Order granting Defendants' Motion to Dismiss and Motion for Summary Judgment (ECF No. 110).

January 11, 2022

Respectfully submitted,

CLOUTHIER LAW, PLLC

By: /s/*Susan J. Clouthier*
Susan J. Clouthier
Tex. Bar No. 24062673
10210 Grogans Mill Rd., Suite 330
The Woodlands, Texas 77380
Tel: (832) 849-5410
Fax: (832) 514-6215
susan@clouthierlaw.com
***Attorney for Plaintiffs/Appellants***
***Laborfest LLC & Larry Williams***

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, a true and correct copy of this Notice of Appeal was served on all parties as follows:

*via e-filing*
Bernard John Buecker
Law Offices of Bernard Buecker
463 E Olmos
San Antonio, TX 78212
210-454-7742
Email: bueckerlaw@aol.com

Shawn K. Fitzpatrick
Fitzpatrick & Kosanovich, P.C.
P.O. Box 831121
San Antonio, TX 78283-1121
(210)408-6793
Email: skf@fitzkoslaw.com

2

William L. Lewis
City of San Antonio, Office of the City Attorney
203 S. St. Mary's Street, 2nd Floor
San Antonio, TX 78205
210-207-6520
Email: logan.lewis@sanantonio.gov

Amanda N. Crouch
Jackson Walker L.L.P.
112 E. Pecan Street, Suite 2400
San Antonio, TX 78205
210-978-7700
Email: acrouch@jw.com

Janet Douvas Chafin
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4230
Email: jchafin@jw.com

                                         */s/Susan J. Clouthier*
                                         Susan J. Clouthier